JOHN L. MARSHALL, State Bar No. 145570
TAHOE REGIONAL PLANNING AGENCY
P.O. Box 5310
Stateline, Nevada 89449
Telephone: (775) 589-5286
Facsimile: (775) 588-4527
Email: jmarshall@trpa.org

REMY MOOSE MANLEY, LLP
WHITMAN F. MANLEY (SBN 130972)
HOWARD F. WILKINS III (SBN 203083)
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
Email: wmanley@rmmenvirolaw.com
       cwilkins@rmmenvirolaw.com

Attorneys for Defendant
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB and FRIENDS OF THE WEST SHORE,<br><br>                  Plaintiffs,<br><br>     v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>                  Defendant. | Civil Case No.: 2:13-CV-00267-JAM-EFB<br><br>**STIPULATION AND ORDER SETTING MODIFIED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  March 5, 2014<br>Time: 9:30 AM<br>Place: 14 Floor – Room 6 (JAM)<br>Judge: John A. Mendez |

**STIPULATION AND [PROPOSED] ORDER SETTING MODIFIED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**2:13-cv-00267-JAM-EFB**

1    Pursuant to Local Rules 143 and 144, the following stipulation is entered into between Plaintiffs
2  SIERRA CLUB and FRIENDS OF THE WEST SHORE (collectively "Plaintiffs") and Defendant
3  TAHOE REGIONAL PLANNING AGENCY ("TRPA").  Plaintiffs and TRPA are collectively referred
4  to herein as the "Parties."
5    WHEREAS, on August 27, 2013, this Court entered a Minute Order setting the briefing
6  schedule for the Parties' cross-motions for summary judgment as follows: Plaintiffs' motion for
7  summary judgment shall be filed on or before October 25, 2013; TRPA's opposition and cross-motion
8  for summary judgment shall be filed on or before November 22, 2013; Plaintiffs' reply brief shall be
9  filed on or before December 20, 2013; and TRPA's reply brief shall be filed on or before January 30,
10 2014. This Court also set the hearing on the motions for Wednesday, March 5, 2014 at 9:30 a.m. Doc.
11 No. 21.
12   WHEREAS, on October 25, 2013, Plaintiffs filed their Motion for Summary Judgment and
13 supporting documents.  Doc. No. 25 (Plaintiffs' Notice of Motion and Motion for Summary Judgment).
14   WHEREAS, the Parties have met and conferred and agreed on a revised briefing schedule for
15 the remainder of the briefing on the Parties' cross-motions for summary judgment consistent with Local
16 Rule 230.
17   NOW, THEREFORE, it is hereby stipulated between Plaintiffs and TRPA, by and through
18 counsel, that:
19   1. TRPA's opposition and cross-motion for summary judgment shall be filed on or before
20      November 27, 2013;
21   2. Plaintiffs' reply brief shall be filed on or before January 10, 2014;
22   3. TRPA's reply brief shall be filed on or before February 5, 2014.

**STIPULATION AND [PROPOSED] ORDER SETTING MODIFIED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**2:13-cv-00267-JAM-EFB**

1

2  Dated: November 15, 2013            /s/ Howard F. Wilkins III
                                      JOHN L. MARSHALL, State Bar No. 145570
3                                     Tahoe Regional Planning Agency
                                      P.O. Box 5310
4                                     Stateline, Nevada 89449
                                      Telephone: (775) 588-4547
5                                     Facsimile:   (775) 588-4527
                                      Email: jmarshall@trpa.org
6

7  Dated: November 15, 2013           WHITMAN F. MANLEY, State Bar No. 130972
                                      HOWARD F. WILKINS III, State Bar No. 203083
8                                     Remy Moose Manley, LLP
                                      455 Capitol Mall, Suite 210
9                                     Sacramento, CA 95814
                                      Telephone: (916) 443-2745
10                                    Facsimile:   (916) 443-9017
                                      Email: wmanley@rmmenvirolaw.com
11                                            cwilkins@rmmenvirolaw.com
12

13                                    Attorneys for Defendant
                                      TAHOE REGIONAL PLANNING AGENCY
14

15 Dated: November 15, 2013           /s/ Wendy S. Park (as authorized on November 15, 2013)
                                      TRENT W. ORR, State Bar No. 77656
16                                    WENDY S. PARK, State Bar No. 237331
                                      Earthjustice
17                                    50 California Street, Suite 500
                                      San Francisco, CA 94111
18                                    Tel: (415) 217-2000
                                      Fax: (415) 217-2040
19                                    torr@earthjustice.org
                                      wpark@earthjustice.org;
20

21                                    Counsel for Plaintiffs
                                      SIERRA CLUB and FRIENDS OF THE WEST SHORE
22

23

24

25

26

27

28
3
**STIPULATION AND [PROPOSED] ORDER SETTING MODIFIED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**2:13-cv-00267-JAM-EFB**

**ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

Dated this 15th day of November, 2013            /s/ John A. Mendez_____
                                                 John A. Mendez
                                                 United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER SETTING MODIFIED BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**
**2:13-cv-00267-JAM-EFB**